## A09A0392. FLOYD v. AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY.
### (705 SE2d 894)

DOYLE, Judge.

The Supreme Court granted certiorari in this case and, in *American Intl. South Ins. Co. v. Floyd*,[1] reversed the judgment of this Court. Therefore, we vacate our earlier opinion[2] and adopt the judgment of the Supreme Court as our own.

*Judgment affirmed. Adams and Blackwell, JJ., concur.*

DECIDED JANUARY 27, 2011.

*F. Glenn Moffett, Jr.*, for appellant.
*Harper, Waldon & Craig, Trevor G. Hiestand*, for appellee.

---

[1] 288 Ga. 322 (704 SE2d 755) (2010).
[2] *Floyd v. American Intl. South Ins. Co.*, 298 Ga. App. 771 (681 SE2d 216) (2009).